# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIAMOND JONEAL ALLEN**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3472

[February 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case Nos. 2012CF004552AXXXMB and 2013CF003297AXXXMB.

Diamond Joneal Allen, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***